OFFICE OF DISCIPLINARY COUNSEL *v.* PETROFF.

[Cite as *Disciplinary Counsel v. Petroff* (1999), 86 Ohio St.3d 1212.]

(No. 98–2641—Submitted and decided July 30, 1999.)

For earlier case, see *Disciplinary Counsel v. Petroff* (1999), 85 Ohio St.3d 396, 709 N.E.2d 111.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.